MAX BROOME, Appellant, v. GOLDA V. BROOME, Respondent.

Argued October 12, 1948; decided October 22, 1948.

*Hyman Grill* and *Henry A. Panoff* for appellant.
*Samuel J. Krinn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.